IN THE UNITED STATES BANKRUPCTY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION(AKRON)

| | |
|---|---|
| **In re:** | CHPATER SAVE CASE NO.: 20-51829 |
| ANTHONY C. BRYANT, JR. | JUDGE: ALAN M. KOSCHIK |
| Debtor | NOTICE OF RESCHEDULED 341 MEETING OF CREDITORS |

The undersigned hereby gives notice that the 341 Meeting of Creditors will take place remotely on *December 15, 2020 at 10:30 a.m*. Please check the docket or with case Trustee for procedures.

Respectfully submitted,

/s/ Richard K. Kalal

Richard K. Kalal (SC# 0080380)
Attorney for Debtor
Kalal Law, LLC
PO Box 13020
Fairlawn, OH 44334
Phone: 330.991.9077
Email: rkalal@kalallaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2020, a copy of the foregoing *Notice of Rescheduled 341 Meeting of Creditors* was filed electronically via this Court's ECF system and was served upon all parties indicated on the electronic filing receipt, including:

The Chapter 7 Trustee (Julie K. Zurn)
The U.S. Trustee

It was also sent this same day by regular mail to the creditors listed on the following list of creditors.

/s/ Richard K. Kalal
Richard K. Kalal (0080380)
*Counsel for Debtor*

20-51829               20-51829

Ally Financial
200 Renaissance Ctr # B0
Detroit, MI 48243

Cap1/Wmt
Po Box 31293
Salt Lake City, UT 84131

Medical Payment Data

Merrick
55 East Ames Ct
Plainview, NY 11803

Pnc Bank
P.O.Box 500K A16 2j
Portage, MI 49081

Portfolio
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

Portfolio Recov Assoc
150 Corporate Blvd
Norfolk, VA 23502

Radius Global Solution
7831 Glenroy Rd Ste 250
Edina, MN 55439

Sallie Mae Bank Inc
Po Box 3229
Wilmington, DE 19804

Security Credit Servic
2653 W Oxford Loop
Oxford, MS 38655

The Bureaus Inc
650 Dundee Rd Ste 370
Northbrook, IL 60062

Towpath Cu
2969 Smith Road
Fairlawn, OH 44333